

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

BLW
F. #2022R00049

*271 Cadman Plaza East
Brooklyn, New York 11201*

November 29, 2022

By ECF

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> In light of the attached deferred prosecution agreement, the time between 1/15/23 and 11/29/23 is excluded from the speedy arraignment time period. The Court finds that this exclusion serves the interest of justice and outweighs the defendant and the public's interest in a speedy indictment. So ordered.
> 11/29/22               *Lois Bloom*
>                United States Magistrate Judge

Re:  United States v. Shane McInerney
     Magistrate Docket No. 22-22 (RLM)

Dear Judge Bloom:

The defendant in the above-captioned case was charged via complaint on January 8, 2022. He was arrested and arraigned before the Honorable Vera M. Scanlon, United States Magistrate Judge on January 14, 2022, and released on a $20,000 appearance bond. Since then, the parties have consented to a series of orders of excludable delay. Most recently, on November 14, 2022, the Honorable Roanne L. Mann issued an order of excludable delay until January 15, 2023.

The government writes on behalf of all parties to inform the Court that a disposition has been reached in this matter. The government will defer the prosecution of the defendant for one year – until November 29, 2023 – pursuant to a deferred prosecution agreement ("DPA"), a copy of which the government will provide to the Court in conjunction with this letter. The government will move to dismiss the complaint with prejudice against the defendant pursuant to Federal Rule of Criminal Procedure 48(a) at the conclusion of the deferral period if the defendant is in full compliance with his obligations under the DPA.

Accordingly, the parties respectfully request that the Court issue an order of excludable delay from January 15, 2023 through November 29, 2023.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

By:   *Benjamin Weintraub*
                                        Benjamin Weintraub
                                        Assistant U.S. Attorney
                                        (718) 254-6519

cc:     Clerk of the Court (by ECF)
          Benjamin Yaster, Esq. (by ECF)
          Michael Ilaria, Supervising U.S. Pretrial Officer (by Email)